**CHAMBERS COURTESY COPY**

1 THOMAS E. FRANKOVICH (State Bar No. 074414)
THOMAS E. FRANKOVICH,
2 *A PROFESSIONAL LAW CORPORATION*
4328 Redwood Hwy., Suite 300
3 San Rafael, CA 94903
Telephone:    415/674-8600
4 Facsimile:    415/674-9900

5 Attorneys for Plaintiffs
CRAIG YATES
6 and DISABILITY RIGHTS
ENFORCEMENT, EDUCATION,
7 SERVICES: HELPING YOU
HELP OTHERS

8



FILED

AUG 2 1 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

9

UNITED STATES DISTRICT COURT

10

NORTHERN DISTRICT OF CALIFORNIA

11

12 CRAIG YATES, an individual; and    )    **CASE NO. CV-09-1378-PJH**
DISABILITY RIGHTS, ENFORCEMENT, )
13 EDUCATION, SERVICES: HELPING    )    **DECLARATION OF THOMAS E.**
YOU HELP OTHERS, a California public )   **FRANKOVICH RE ADDITIONAL**
14 benefit corporation,    )    **TIME FOR DEFENDANT MARIE**
)    **SAINT CLAIR TO RESPOND TO**
15         Plaintiffs,    )    **PLAINTIFFS COMPLAINT AND**
)    **[PROPOSED] ORDER THEREON**
16 v.    )
)
17    )
MARIE SAINT CLAIR, a.k.a. SEA    )    Complaint filed: March 30, 2009
18 MODERN THAI and THE METRO    )
HOTEL,    )
19    )
)
20         Defendant    )
_____ )

21

22    I, Thomas E. Frankovich, declare that I am an attorney duly licensed to practice in all of

23 the courts in the state of California and if called as a witness and duly sworn, I would and could

24 competently testify to the following based upon my own personal knowledge:

25    1.    I am lead counsel with the law firm of Thomas E. Frankovich, A

26 Professional Law Corporation, attorneys of record for plaintiffs Craig Yates and Disability

27 Rights Enforcement, Education Services.

28 ///

**DECLARATION OF THOMAS E. FRANKOVICH RE ADDITIONAL TIME FOR DEFENDANT MARIE SAINT CLAIR TO RESPOND TO PLAINTIFFS COMPLAINT AND [PROPOSED] ORDER THEREON**

CV-09-1378-PJH

Help

1     7.    The parties have been attempting to negotiate settlement in the above-

2  referenced case. Defendant MARIE SAINT CLAIR has represented that she is currently in Spain

3  and will not be back in the country until August 26, 2009, and wishes to meet in person and

4  confer with plaintiffs' counsel to try and resolve the above-referenced case to reduce fees, costs

5  and litigation expenses.

6     8.    It is requested that an answer for defendant MARIE SAINT

7  CLAIR be due by September 23, 2009.

8

9     I declare under penalty of perjury under the laws of the State of California that the

10  foregoing is true and correct. Executed this _17_ day of _August_, 2009, at San Rafael,

11  California.

12

13                                Thomas E. Frankovich

14

15  ## ORDER

16     Based upon the Declaration of Thomas E. Frankovich dated August 19, 2009, and good

17  cause having been shown, it is hereby ordered that a responsive pleading to the complaint for

18  Defendant MARIE SAINT CLAIR, a.k.a. SEA MODERN THAI and THE METRO HOTEL be

19  extended up to and including September 23, 2009.

20

21  Dated: _Aug 21_, 2009

22                        HON. PHYLLIS J. HAMILTON
                      United States District Judge

23

24

25

26

27

28

DECLARATION OF THOMAS E. FRANKOVICH RE ADDITIONAL TIME FOR DEFENDANT MARIE SAINT CLAIR TO RESPOND TO PLAINTIFFS COMPLAINT AND [PROPOSED] ORDER THEREON